```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Petitioner
CALS IFENATUORA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent,<br><br>    v.<br><br>CALS IFENATUORA,<br><br>        Movant. | No. 2:96-cr-0088 GEB DAD<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL; ORDER** |

    MOVANT, CALS IFENATUORA, hereby moves this Court for an order substituting KRISTA HART, Attorney at Law, PO Box 188794 Sacramento, CA 95818, telephone (916) 498-8398, facsimile number (916) 706-0402, as counsel for the MOVANT in the above-entitled case.  The Federal Defender's Office has determined that it is currently unable to continue its representation of MOVANT.  Ms. Hart has agreed to represent the Movant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Ms. Hart is aware of any deadlines in this case.  The undersigned is
2  authorized to sign this substitution motion on her behalf.
3
4  Dated: November 23, 2010          Respectfully submitted,
5                                    DANIEL J. BRODERICK
                                     Federal Defender
6
7                                    */s/ David M. Porter*
                                     DAVID M. PORTER
8                                    Assistant Federal Defender
                                     Attorneys for Movant
9                                    CALS IFENATUORA
10
11 Dated: November 23, 2010          */s/ Krista Hart*
                                     KRISTA HART
12
13
14                              **O R D E R**
15   Pursuant to this Motion for Substitution of Counsel and for the
16 reasons stated therein, IT IS HEREBY ORDERED that Krista Hart, Esq.,
17 shall be substituted in as appointed counsel for MOVANT in place of the
18 Office of the Federal Defender for the Eastern District of California.
19 DATED: December 3, 2010.
20
21                                   _____
                                     DALE A. DROZD
22                                   UNITED STATES MAGISTRATE JUDGE
23
24   /ifen0088.sub
25
26
27
28
                                     2