BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>v.<br><br>CALS IFENATOURA,<br><br>    Defendant/Movant. | CASE NO. CR-96-0088-GEB DAD<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>Hearing Date: None<br>Judge: Hon. D.A. Drozd |

**STIPULATION**

Plaintiff/respondent United States of America and defendant/movant Ifenatuora, by and through their counsel of record, hereby stipulate as follows:

1.  The Court has ordered the parties to submit briefing in connection with movant's November 8, 2010 second amended writ of error coram nobis alleging that movant received ineffective assistance of counsel in connection with his 1996 plea of guilty to access device fraud.  Plaintiff's response is presently due December 31, 2010, and movant's optional traverse is due 30 days from the date of plaintiff's response.  C.R. 106.

2.  Plaintiff has commenced an investigation of movant's claims and

1

preparation of a response.  Among other things, plaintiff is in the process of attempting to locate law enforcement records related to the underlying case which, if they exist, are archived out of state. Plaintiff needs additional time to retrieve these records, examine the records (should they still exist), research various legal issues related to movant's claims, and prepare its response.

3.   The parties agree that plaintiff may have a continuance through and including January 31, 2011, to file its response, and that movant's optional traverse will be due within 30 days from the filing of plaintiff's response.

Date: 21 December 2010          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant United States Attorney
Counsel for Plaintiff


/s/ Krista Hart[1]
KRISTA HART
Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: December 21, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1:
ifen0088.stip.o

---

[1] Ms. Hart authorized government counsel to execute this stipulation on her behalf on 21 December 2010.

2