IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                        No. 2:96-cr-0088 GEB DAD

    vs.

CALS IFENATUORA,

    Movant.                            ORDER

_____/

        Movant is a former federal prisoner in the custody of the United States Department of Homeland Security proceeding through counsel with a motion for a writ of error coram nobis.

        On November 8, 2010, movant filed a motion to proceed in forma pauperis. The motion for writ of error coram nobis has been filed in the file from petitioner's underlying criminal prosecution and no payment of a filing fee is required at this time. Accordingly, petitioner's motion to proceed in forma pauperis will be denied without prejudice.

        On December 3, 2010, movant filed pro se a motion for a speedy hearing on his motion for writ of error coram nobis, and on December 7, 2010, movant filed pro se a motion for discovery. By order filed December 6, 2010, the court appointed counsel to represent movant. In light of the appointment of counsel, movant's pro se motions will be denied.

1

In accordance with the above, IT IS HEREBY ORDERED that:

    1. Movant's November 8, 2010 motion to proceed in forma pauperis is denied without prejudice;

    2. Movant's December 3, 2010 motion for a speedy hearing is denied; and

    3. Movant's December 7, 2010 motion for discovery is denied.

DATED: January 3, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
ifen0088.o