```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2738
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CASE NO. CR-96-0088-GEB DAD
                                )
12         Plaintiff/Respondent,)
                                )  EX PARTE APPLICATION TO SEAL
13  v.                          )  PRESENTENCE REPORT; ORDER
                                )
14  CALS IFENATOURA,            )  Hearing Date: None
                                )  Judge: Hon. D.A. Drozd
15         Defendant/Movant.    )
                                )
16  _____)
```

**APPLICATION**

The government, by and through its counsel, hereby moves this Court to seal the Presentence Report filed as Exhibit 2 to the Government's Answer to Defendant's Petition for a Writ of Coram Nobis, filed January 31, 2011 as C.R. 119. See Local Rule 460 (Presentence Reports are confidential). Counsel for defendant,

///
///
///
///
///
///

1

Krista Hart, Esq., concurs with this request.

Date: 2 February 2011                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Tice-Raskin
                                        S. ROBERT TICE-RASKIN
                                        Assistant United States Attorney

**ORDER**

    IT IS SO ORDERED.

DATED: February 3, 2011.

*[signature: Dale A. Drozd]*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/ifen0088.so

2