IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                  No. 2:96-cr-0088 GEB DAD

    vs.

CALS IFENATOURAH,

    Movant.                    <u>ORDER</u>

_____/

        Movant is a federal prisoner proceeding through counsel with a motion for a writ of error coram nobis. On January 31, 2011, movant filed, pro se, a motion for stay of removal pending resolution of this action. Since movant is represented by counsel, all requests for court action must be filed, if at all, by movant's counsel. Movant's pro se motion will be denied without prejudice.

        On February 28, 2011, movant filed a motion for an extension of time to file a traverse. Good cause appearing, the motion will be granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Movant's January 31, 2011 motion for stay is denied without prejudice;

        2. Movant's February 28, 2011 motion for an extension of time is granted; and

/////

1

3.  Movant is granted until April 5, 2011 to file and serve his traverse.

DATED: March 9, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
ifen0088.111