IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,        No. CR S-96-00088 GEB DAD P

    vs.

CALS IFENATUORA,

        Defendant/Movant.        <u>ORDER</u>

_____/

        A status conference came on regularly for hearing on August 3, 2011, in the courtroom of the undersigned. Attorney Krista Hart appeared for movant and Assistant United States Attorney Robert Tice-Raskin appeared for respondent. Upon review of the documents in this matter, upon hearing the arguments of counsel and good cause appearing, for the reasons stated on the record, IT IS HEREBY ORDERED that:

        1. An evidentiary hearing is set for January 9, 2012, at 9:00 a.m. in Courtroom 27;

        2. The evidentiary hearing is limited to: (1) the receipt of testimony regarding petitioner's failure to attack the underlying criminal conviction in this case earlier than April 26, 2010; and (2) the receipt of testimony regarding petitioner's ineffective assistance of counsel claim, as discussed on the record at the August 3, 2011 hearing; and

1    3. Counsel for petitioner shall provide the court with a proposed writ of habeas corpus ad testificandum sufficiently in advance of the evidentiary date so as to ensure petitioner's availability to his counsel prior to the hearing on January 9, 2012.

DATED: August 3, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ifenatuorah88.eh