IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 96-088 GEB DAD |
| Plaintiff/Respondent, ) | |
| ) | <u>ORDER</u> |
| v. ) | |
| ) | |
| CALS IFENATUORAH, ) | |
| Defendant/Movant. ) | |
| _____ ) | |

**GOOD CAUSE APPEARING** and for the reasons stated in the stipulation submitted by the parties, the evidentiary hearing currently set for February 6, 2012, is vacated and reset to April 23, 2012. Counsel for Mr. Ifenatuorah is ordered to prepare and submit a writ of habeas corpus testificandum by January 27, 2012.

DATED: January 23, 2012.

dad1:habeas
ifen0088.order.2.wpd

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE