IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:96-cr-088 GEB DAD P |
| Plaintiff/Respondent, | ) | |
| v. | ) | **ORDER** |
| CALS IFENATUORAH, | ) | |
| Defendant/Movant. | ) | |

**IT IS HEREBY ORDERED** that Cals Ifenatuorah is released from the writ of habeas corpus ad testificandum issued on February 13, 2012. The US Marshals Service is directed to transport Mr. Ifenatuorah back to the custody of Felecia Skinner of Immigrations and Customs Enforcement at the Irwin County Detention Center at 134 Cotton Drive, in Ocilla, Georgia.

DATED: June 29, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
dad1.habeas
ifen0088.writ.release.ord
```