IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 96-088 GEB DAD |
| Plaintiff/Respondent, | ) | |
| v. | ) | ORDER |
| CALS IFENATUORAH, | ) | |
| Defendant/Movant. | ) | |

Defendant Cals Ifenatuorah, by and through counsel Krista Hart, and plaintiff United States of America, by and through Assistant U.S. Attorney Rob Tice-Raskin, have agreed to re-set the briefing schedule set by the court at the hearing of April 30, 2012. Good cause appearing, the schedule is re-set as stipulated. Petitioner's opening brief is now due on July 6, 2012. The government's responsive brief is now due July 27, 2012. Petitioner's reply brief is now due August 3, 2012.

IT IS SO ORDERED.

DATED: June 29, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
ifen0088.eot