UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:96-cr-0088 GEB DAD |
| Respondent | |
| v. | ORDER |
| CALS IFENATUORA, | |
| Movant | |

Good cause appearing, and by agreement of the parties, any objections to the findings and recommendations issued June 27, 2013, are due by August 28, 2013. Any replies are due twenty-one days thereafter.

DATED: July 17, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.habeas
ifen.0088.eot.3

1