UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 96-cr-0088 GEB DAD P |
|---|---|
| Respondent, | |
| v. | ORDER |
| CALS IFENATUORA, | |
| Movant. | |

Movant, a federal prisoner proceeding with counsel, has filed a motion for writ of coram nobis, seeking to set aside his sentence. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2013, the magistrate judge filed findings and recommendations that were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 27, 2013, are adopted in full.

2. The motion for writ of coram nobis (Doc. 103) is dismissed with prejudice.

3. The Clerk of the Court is directed to close the companion civil case, No. 2:10-cv-1366 GEB DAD P.

Dated:  September 23, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

hm
ifen0088.805.vac.g